PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 05/2015)

# IN THE UNITED STATES DISTRICT COURT
## FOR THE _____ DISTRICT OF TEXAS
### _____ DIVISION

Russell Lamar Harris # 02293713
Plaintiff's Name and ID Number

Middleton Unit, 13055 FM 3522, Abilene, TX 79601
Place of Confinement

CASE NO. ___1:20-cv-00201-H___

(Clerk will assign the number)

v.

Lorie Davis, CID Director, TX Dept of Criminal Justice, P.O. Box 99, Huntsville TX 77342
Defendant's Name and Address

Jimmy Webb, 1313 CR 19, Lamesa, TX 79331
Smith Unit TDCJ Warden
Defendant's Name and Address

Bobby Lumpkin, CID Director, TX Dept of Criminal Justice, P.O. Box 99, Huntsville TX 77342
Defendant's Name and Address
( DO NOT USE "ET AL.")

## INSTRUCTIONS - READ CAREFULLY

**NOTICE:**

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be legibly handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACKSIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

**FILING FEE AND *IN FORMA PAUPERIS* (IFP)**

1. In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $50.00 for a total fee of **$400.00**.

2. If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at you prison unit.

3. The Prison Litigation Reform Act of 1995 (PLRA) provides "... if a prisoner brings a civil action or files an appeal *in forma pauperis,* the prisoner shall be required to pay the full amount of a filing fee."  *See* 28 U.S.C. § 1915. Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or a initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from you inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $50.00 administrative fee does not apply to cases proceeding *in forma pauperis.*)

4. If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

**CHANGE OF ADDRESS**

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked "**NOTICE TO THE COURT OF CHANGE OF ADDRESS**" and shall not include any motion for any other relief. Failure to file a NOTICE OF THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I. PREVIOUS LAWSUITS:
   A. Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? ___ YES ✓ NO
   B. If your answer to "A" is "yes", describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)
      1. Approximate date of filing lawsuit: _____
      2. Parties to previous lawsuit:
         Plaintiff(s) _____
         Defendant(s) _____
      3. Court: (If federal, name the district; if state, name the county.) _____
      4. Cause number: _____
      5. Name of judge to whom case was assigned: _____
      6. Disposition: (Was the case dismissed, appealed, still pending?) _____
      7. Approximate date of disposition: _____

Rev. 05/15

2

II. PLACE OF PRESENT CONFINEMENT: Middleton Unit, 13055 FM 3522, Abilene TX 79601

III. EXHAUSTION OF GRIEVANCE PROCEDURES:

Have you exhausted all steps of the institutional grievance procedure?   ✓ YES   ___NO

Attach a copy of your final step of the grievance procedure with the response supplied by the institution.

IV. PARTIES TO THIS SUIT:

A. Name and address of plaintiff: Russell Harris, 2717 Gale Meadow, Fort Worth Texas 76015

B. Full name of each defendant, his official position, his place of employment, and his full <u>mailing</u> address.

Defendant #1: Lorie Davis, CID Director, Tx Dept of Criminal Justice, P.O Box 99, Huntsville Tx 77342

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Failed to Design, Implement, and Mandate safety procedures to prevent the spread of covid 19 and to provide Adequate medical access & treatment

Defendant #2: Jimmy Webb, TDCJ Smith Unit Warden, 1313 CR 19, Lamesa Tx 79331

Briefly describe the acts(s) or omission(s) of this defendant which you claimed harmed you.

Failed to follow and adhere to safety procedures at all posts, and to provide adequate medical treatment

Defendant #3: Bobby Lumpkin, CID Director, Tx Dept of Criminal Justice P.O Box 99, Huntsville Tx 77342

Briefly describe the acts(s) or omission(s) of this defendant which you claimed harmed you.

New CID Director for TDCJ, has inherited the responsibilities of TDCJ's liabilities

Defendant #4: N/A

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #5: N/A

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Rev. 05/15

3

V. STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely.  IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

On or about April 22, 20 I was unnecessarily infected with covid 19 while in the custody of the Tx Dept of Criminal Justice, Middleton Unit, Abilene Tx due to their gross negligence, and by the introduction of the virus into the unit by the correctional officers, staff and/or offenders transferred into the unit who were not properly vetted. Once introduced TDCJ failed in their handling of the outbreak. Lorie Davis is in charge of the operations and staff of TDCJ and Middleton Unit. Jimmy Webb was in charge of the operations and staff of the Middleton Unit during the covid 19 outbreak.

VI. RELIEF:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Release me from custody to seek specialized medical treatment & hospitalization and compensate me 100 million dollars to pay for that treatment and for any long term lasting harmful effects

VII. GENERAL BACKGROUND INFORMATION:

A. State, in complete form, all names you have ever used or been known by including any and all aliases.

Russell Harris

B. List all TDCJ-CID identificaiton numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.

02293713, 01590931, 01966751

VIII. SANCTIONS:

A. Have you been sanctioned by any court as a result of any lawsuit you have filed?  ____YES  ✓ NO

B. If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

1. Court that imposed sanctions (if federal, give the district and division): _____
2. Case number: _____
3. Approximate date sanctions were imposed: _____
4. Have the sanctions been lifted or otherwise satisfied?  ____YES ____NO

Rev. 05/15

4

C. Has any court ever warned or notified you that sanctions could be imposed?    ____ YES  ✓ NO

D. If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

   1. Court that issued warning (if federal, give the district and division): _____
   2. Case number: _____
   3. Approximate date warning was issued: _____

Executed on: 9-24-2020
                DATE

_Russell Harris_
_Russell Harris_
(Signature of Plaintiff)

**PLAINTIFF'S DECLARATIONS**

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2. I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3. I understand I must exhaust all available administrative remedies prior to filing this lawsuit.
4. I understand I am prohibited from brining an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this __24__ day of __September__, 20 __20__.
         (Day)              (month)                (year)

_Russell Harris_
_Russell Harris_
(Signature of Plaintiff)

**WARNING:** Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.

Rev. 05/15

Statement of Claim # 2: TDCJ and Lorie Davis and Jimmy Webb refuse to treat me for covid 19. They are also aware that I suffer from high blood pressure, lichen plantas disease, hepatitis C, rheumatoid arthritis, and bronchitis, all of which are compounded by covid 19, even to the point of death. TDCJ requires that you literally be on your deathbed before affording you medical treatment, not taking precepts to prevent advancements of diseases, but just enough action to satisfy their efforts when viewed on reports. But as far as adequate medical treatment, you can forget it, and you must be dying. I have been hospitalized many times and still my health is in ruins, never to be returned to normal again. TDCJ's treatment of human beings is unspeakable, even the animals that belong to TDCJ's stockyards and farms are treated more humanely.

Russell Harris
9-23-2020

# Texas Department of Criminal Justice

## STEP 1 OFFENDER GRIEVANCE FORM

**OFFICE USE ONLY**
Grievance #: 2020162057
Date Received: AUG 10 2020
Date Due: 8-25-20
Grievance Code: 930 624
Investigator ID #: I2191
Extension Date: _____
Date Retd to Offender: AUG 19 2020

Offender Name: Russell Harris   TDCJ # 02293713 (02293619 crossed out)
Unit: Middleton   Housing Assignment: B1-9
Unit where incident occurred: Middleton

---

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.
Who did you talk to (name, title)? Dr Masse   When? 8-2-20
What was their response? He does not know what to DO
What action was taken? None

State your grievance in the space provided. Please state who, what, when, where and disciplinary case number if appropriate.

Went to see Dr Masse, and I've been seeing him for the last 4 months for coronavirus, which I got infected through TDCJ's gross negligence. I am weak, loss of appetite, N2taste & smell, feel numb (over a month) and no action has been taken other than giving me ensure boost drinks. I take vitamins and still am weak & tired. And before I got coronavirus my health was immaculate.

**YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM     (OVER)**

I-127 Back (Revised 11-2010)

Offender Grievance Operations Manual
Appendix F

**Action Requested to resolve your Complaint.**

Send me to a medical ID unit to get proper treatment for the long lasting effects of covid 19

Offender Signature: _Russell Harris_   Date: 8-9-2020

**Grievance Response:**

You were seen by two providers on 8-11-2020. Dr. Massey was the second provider you were seen by that day and he wrote an order for you to be transferred to another unit, once a month follow ups, and to not renew boost. An email was sent to Huntsville for you to be transferred. It is up to Huntsville to get to a new unit of assignment. If you should have any further issues you can use the sick call process.

Signature Authority: **JOYCE OWEN, U.H.A.**   _Joyce Owen_   Date: 8-18-2020

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

Returned because:   *Resubmit this form when corrections are made.

☐ 1. Grievable time period has expired.
☐ 2. Submission in excess of 1 every 7 days. *
☐ 3. Originals not submitted. *
☐ 4. Inappropriate/Excessive attachments. *
☐ 5. No documented attempt at informal resolution. *
☐ 6. No requested relief is stated. *
☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *
☐ 8. The issue presented is not grievable.
☐ 9. Redundant, Refer to grievance # _____
☐ 10. Illegible/Incomprehensible. *
☐ 11. Inappropriate. *

UGI Printed Name/Signature: _____

Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.

Medical Signature Authority: _Joyce Owen_

**OFFICE USE ONLY**

Initial Submission   UGI Initials:_____
Grievance #:_____
Screening Criteria Used:_____
Date Recd from Offender:_____
Date Returned to Offender:_____

2nd Submission   UGI Initials:_____
Grievance #:_____
Screening Criteria Used:_____
Date Recd from Offender:_____
Date Returned to Offender:_____

3rd Submission   UGI Initials:_____
Grievance #:_____
Screening Criteria Used:_____
Date Recd from Offender:_____
Date Returned to Offender:_____

I-127 Back (Revised 11-2010)

Offender Grievance Operations Manual
Appendix F

INSTANT REPORT   FINAL

Patient: **HARRIS, RUSSELL L**   MRN: 1294522   LOC **HRL-2293713-**
Copy to: MIDDLETON, PRISON UNIT

**COMMENTS:**
ORD. COMM: CPL# 7305 COVID-19
Source: Nasopharyngeal

M i c r o b i o l o g y

| TEST-NAME | RESULT | AB | NRML-RANGE | UNITS | SITE | VERIFIED |
|---|---|---|---|---|---|---|
| COLLECTED 04/22/20 23:00 RECEIVED 04/22/20 23:19 | | | | | | |

**COVID-19 Coronavirus by PCR**
COVID-19 Coronavirus   **DETECTED**   A   Not Detected   HRL 04/26/20 08 24
SARS-CoV-2 RNA   DETECTED

Positive results are indicative of the presence of SARS-CoV-19 RNA; clinical correlation with patient history and other diagnostic information is necessary to determine patient infection status. Positive results do not rule out bacterial infection or co-infection with other viruses. Positive and negative predictive values of testing are highly dependent on prevalence. False positive test results are more likely when prevalence is moderate to low.

SOURCE   NASOPHARYNGEAL SWAB

The expected result is Negative (Not Detected)

The SARS-CoV-2 test is intended for the qualitative detection of nucleic acid from SARS-CoV-2 in nasopharyngeal and oropharyngeal swab samples from patients who meet COVID-19 clinical and/or epidemiological criteria. For lower respiratory tract specimens, the assay is submitted for authorization by FDA under an Emergency Use Authorization (EUA). Testing methodology is real-time RT-PCR  If received as separate collection devices, nasopharyngeal and oropharyngeal specimens are combined for analysis. Additional specimens may be split to a separate accession for analysis and reporting as this test includes a single unit of service.

Test results must be correlated with clinical presentation and evaluated in the context of other laboratory and epidemiology and clinical spectrum of infection caused by SARS-CoV-2 is not fully known. For example, the optimum types of specimens to collect and when during the course of infection these specimens are most likely to contain detectable viral RNA may not be known.

This test has not been Food and Drug Administration (FDA) cleared
HRL   Hendrick Regional Laboratory, 1900 Pine Street, Abilene, TX 79601

APR 3 0 2020

| HENDRICK | HARRIS, RUSSELL L | LOC   HRL 2293713 - |
|---|---|---|
| Regional Laboratory | MRN   1294522 | Acct·   50910702 |
| 1900 Pine | Age:   54   Sex: M | DOB:   04/30/1966 |
| Abilene, Texas 79601 | Order#·   K8221645 | Admit:   04/22/20 |
| (325) 670-2835 | Attd. Phys.: UNASSIGNED, DOCTOR | |

Printed  04/29/2020 12 24   PAGE  1




United States District Clerk
Northern District of Texas
P.O Box 1218
Abilene, TX 79604

Russell Harris
TDC# 02293713
Middleton Unit
13055 FM 3522
Abilene, TX 79601