IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | | |
|---|---|---|
| RUSSELL LAMAR HARRIS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 1:20-CV-00201-BU |
| | § | |
| LORIE DAVIS, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## **JUDGMENT**

In accordance with the order issued this same day, it is the judgment of this Court that RUSSELL LAMAR HARRIS's Complaint, and all claims alleged therein, is DISMISSED without prejudice under Rule 41(b) of the Federal Rules of Civil Procedure for want of prosecution and failure to obey orders of the Court.

ORDERED this 6th day of July, 2022.

_____
JOHN R. PARKER
UNITED STATES MAGISTRATE JUDGE